1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAREPARTNERS, LLC, et al.,

               Plaintiffs,

  v.

PAT LASHWAY, et al.,

               Defendants.

CASE NO. C05-1104JLR

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable James L. Robart:

     The Honorable James L. Robart recuses himself and the case is reassigned in rotation to the Honorable Robert S. Lasnik.  All future pleadings shall bear the cause number C05-1104RSL.

     Filed and entered this 21st day of April, 2006.

                         BRUCE RIFKIN, Clerk

                             s/Mary Duett

                        By

                             Deputy Clerk

MINUTE ORDER