UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAREPARTNERS, LLC, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>PAT LASHAY, et al.,<br><br>            Defendants. | Case No. C05-1104RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On April 26, 2006, plaintiffs CarePartners, et al. ("CarePartners") filed a motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. # 17). As of this date, a courtesy copy of these documents has not been provided for chambers.

CarePartners is hereby ORDERED to show cause within five days of this order why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 2) and "Minute Order Setting Trial & Related Dates" (Dkt. # 12). Flow shall immediately deliver a paper copy of the documents filed on April 26, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for May 10,

ORDER TO SHOW CAUSE

1 | 2006.

    DATED this 3rd day of May, 2006.

    /s/ Robert S. Lasnik
    Robert S. Lasnik
    United States District Judge

ORDER TO SHOW CAUSE                    -2-