1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAREPARTNERS, LLC, et al.,

      Plaintiffs,

    v.

PAT LASHAY, et al.,

      Defendants.

Case No.  C05-1104RSL

ORDER VACATING ORDER TO
SHOW CAUSE

This matter comes before the Court *sua sponte*.  On April 26, 2006, plaintiffs CarePartners, et al. ("CarePartners") filed a motion with related documents that, taken as a whole, exceeded 50 pages in length (Dkt. # 17).   The Court subsequently ordered CarePartners to show cause why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 2) and "Minute Order Setting Trial & Related Dates" (Dkt. # 12). Order to Show Cause (Dkt. # 18).  Counsel for CarePartners correctly notes that only one of these orders contains the requirement for courtesy copies of orders greater than 50 pages (Dkt. # 2), and this order, moreover, was issued by Judge Robart.  These two circumstances, along with a typo (referring to CarePartners as "Flow"), combined to cause counsel some unfortunate and unintended confusion.

ORDER VACATING
ORDER TO SHOW CAUSE

1    Nonetheless, counsel has complied with the intent of the order and provided the Court with courtesy

2    copies.  The prior oversight is understandable, counsel's explanation is noted, and the Court's order to

3    show cause is VACATED.

4
                DATED this 8th day of May, 2006.
5

6

7                                        Robert S. Lasnik
                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER VACATING
ORDER TO SHOW CAUSE              -2-