1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAREPARTNERS, LLC, et al.,

        Plaintiffs,

     v.

PAT LASHWAY, et al.,

        Defendants.

Case No.  C05-1104RSL

ORDER ON MOTION FOR RELIEF
FROM STAY

       This matter comes before the Court on plaintiffs' "Motion for Relief of Stay and Request for Status Conference" (Dkt. # 17).  On June 8, 2006, the Court held a status conference as requested by this motion.  Plaintiffs indicated that in order to properly respond to defendants' motion for summary judgment(Dkt. # 26), plaintiffs will need to depose five individuals. Defendants suggested that the limited subject matter and scope of defendants' qualified immunity summary judgment motion could be resolved without discovery, but that if the Court decided to allow discovery, defendants would seek to depose two individuals.

       Upon review of the parties' briefs, supporting documents and arguments before the Court, IT IS HEREBY ORDERED that plaintiffs' motion for relief from stay (Dkt. # 17) is

ORDER ON MOTION FOR
RELIEF FROM STAY

1  GRANTED.  Plaintiffs will be allowed to conduct discovery as proposed to the Court: five

2  individuals, for no more than three hours each.  Defendants may depose the two individuals

3  identified to the Court under similar constraints.

4       Pursuant to this order, the note date for defendants' motion for summary judgment (Dkt.

5  # 26) is STRICKEN.   Plaintiffs and defendants are requested to propose an amended case

6  schedule to include a short period for discovery, a new note date for the qualified immunity

7  summary judgment motion, a schedule for other dispositive motions[1], and all other relevant

8  dates.

9

10      DATED this 12th day of June, 2006.

11

12                                          _MM S Lasnik_

13                                          Robert S. Lasnik
                                            United States District Judge
14

15

16

17

18

19

20

21

22

23  _____

24      [1] In reference to the parties' evocation of potential Rooker-Feldman issues, the Court notes that
    the Rooker-Feldman doctrine is jurisdictional, and a purely legal issue.  As such, this issue should be
25  brought before the Court by motion without delay, and need not be withheld pending negotiation of a
    new case schedule.
26

ORDER ON MOTION FOR
RELIEF FROM STAY                         -2-