UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAREPARTNERS, LLC, et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>PAT LASHWAY, et al,<br><br>    Defendants. | NO.  C05-1104RSL<br><br>ORDER DENYING PLAINTIFFS'<br>MOTION FOR OVERLENGTH BRIEF |

This matter comes before the Court on plaintiffs' "Motion To File Over Length Summary Judgment Reply [sic] Brief Pursuant to LR CR 7(d)(1)." (Dkt #108).  Having reviewed defendants' 22 page and 7 page memoranda in support of summary judgment, the Court finds that plaintiffs should be able to adequately respond in the 48 total pages allotted under Local Civil Rule 7(e).  Plaintiffs' motion is, therefore, DENIED.

The Clerk of Court is directed to renote "Defendants' Memorandum for Summary Judgment (Qualified Immunity)" (Dkt #40) and "Defendants' Memorandum In Support of Motion for Summary Judgment (Rooker Feldman)" (Dkt. #47) on the Court's calendar for Friday, October 20, 2006.  Plaintiffs shall file a revised response no later than 5:00 p.m. on Friday, October 13, 2006.  If filed as a combined response, plaintiffs' response shall not exceed the 48 pages permitted under Local Civil Rule 7(e).  If plaintiffs choose to respond to defendants' motions separately, each individual response must not exceed 24 pages.  Defendants will have until 5:00 p.m. on Friday, October 20, 2006 to file a reply.

ORDER DENYING PLAINTIFFS'
MOTION FOR OVERLENGTH BRIEF-1

1 | DATED this 12th day of October, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

28 | ORDER DENYING PLAINTIFFS'
MOTION FOR OVERLENGTH BRIEF-2