1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CAREPARTNERS, LLC, et al,

    Plaintiffs,

vs.

PAT LASHWAY, et al,

    Defendants.

NO. C05-1104RSL

ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION

15  This matter comes before the Court on defendants' "Motion for

16 Reconsideration/Clarification" (Dkt. #117). Though the Court already issued its order on

17 summary judgment, defendants ask the Court to clarify its ruling on a motion to strike contained

18 in defendants' reply memorandum on summary judgment. Defendants' Reply at pp. 8-9 (Dkt.

19 #113). The first statement defendants seek to strike is contained on page 23, lines 14-17 of

20 Joseph Kilkelly's declaration:

21
22
> It was generally known, that although legislation was being sought, that the legislature had rejected such efforts and in its stead had put into place a grant program where qualified boarding homes could receive some funding towards the retrofitting of facilities with sprinkler systems.

23 Declaration of Joseph P. Kilkelly (Dkt. #54). The other statement is contained on page 49, lines

24 1-9 of the same declaration:

25
26
> Attached hereto as Exhibit No. 30 is a matrix of three similarly situated boarding homes and the treatment provided to them compared to Alderwood. In addition, attached hereto, as Exhibit No. 31, are my notes

27
28 ORDER GRANTING DEFENDANTS'
MOTION FOR RECONSIDERATION-1

     with respect to my discussions with regard to the actions of Department of Social and Health Services and the Washington State Fire Marshal's Office outlining the treatment provided to these other providers. The findings and conditions are materially the same as Alderwood; but in each case each facility was allowed to continue to operate, the findings were not treated as an emergency, the residents were allowed to stay in their homes, and the owners were allowed adequate time to install sprinkler systems (taking up to six months to install in some cases).

<u>Id.</u> Neither the statements or the exhibits referenced by defendants in their motion to strike are based on personal knowledge and as such these statements and exhibits were not considered by the Court in its January 26, 2007 Order (Dkt. #116).[1] To the extent that defendants' motion for reconsideration seeks to clarify the Court's January 26, 2007 Order, both its motion to strike this material and its motion for reconsideration are GRANTED.

     DATED this 24th day of May, 2007.

                                                             */s/ Robert S. Lasnik*
                                                             Robert S. Lasnik
                                                             United States District Judge

---

[1] The Court notes that plaintiffs did provide other documentation regarding the State's treatment of other boarding home facilities aside from the statements and exhibits that are the focus of defendants' motion to strike. <u>See</u>, <u>e.g.</u>, Declaration of Paul A. Lindenmuth (Dkt. #64), Exs. 43, 47, 51-58.

ORDER GRANTING DEFENDANTS'
MOTION FOR RECONSIDERATION-2