UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAREPARTNERS, LLC, *et al.*,

        Plaintiffs,

    v.

PAT LASHWAY, *et al.*,

        Defendants.

No. C05-1104RSL

ORDER VACATING
ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On February 3, 2010, plaintiffs filed motions in limine (Dkt. #195) and documents in support that, taken as a whole, exceed 50 pages in length, and did not provide courtesy copies for chambers. The Court ordered plaintiffs to show cause why sanctions should not be imposed for plaintiffs' failure to comply with its previous orders. The Order to Show Cause (Dkt. #196) is hereby VACATED in light of plaintiffs' response and receipt of the courtesy copies.

DATED this 12th day of February, 2010.

                                                        Robert S. Lasnik
                                                        United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE