1

2

3

4   UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
5   AT SEATTLE

6

7   CAREPARTNERS, LLC, et al.,

8                    Plaintiffs,                          Case No. C05-1104RSL

9          v.                                             TAXATION OF COSTS

10  PAT LASHWAY, et al.,

11                   Defendants.

12

       Costs in the above-entitled action are hereby taxed against PLAINTIFFS and on behalf of
13
   DEFENDANTS in the amount of $8,369.28.
14
       Dated this _____2nd_____ day of AUGUST, 2010 .
15

16

17                                             _____
18                                             Bruce Rifkin
                                               Clerk, U.S. District Court
19

20

21

22

23

24

25

26  TAXATION OF COSTS -- 1